7,926.32

| amount | ref_no | name | addr1 | addr2 | city | state | zip |
|---|---|---|---|---|---|---|---|
| 169.36 | 108 | Antonio M. Dorsey, Jr. | 1267 First Avenue | | Cincinnati | OH | 45205 |
| 78.99 | 111 | Bridget Banks | 401 N 8th St | | St Joseph | IL | 61873 |
| 129.16 | 116 | ANITRA MICHELLE KING | 3421 DELMAR | | ST LOUIS | MO | 63103 |
| 255.98 | 118 | PASANA SECIC | 4978 THOLOZAN | | ST LOUIS | MO | 63109 |
| 204.1 | 119 | MERCEDES GREGORY | 4637 GUSTINE | | ST LOUIS | MO | 63116 |
| 167.43 | 125 | SYLVESTER J HILL | 2531 MADISON | APT D | ST LOUIS | MO | 63106 |
| 25.97 | 132 | James Robert Lanigan IV | 54 Newport Ct | | Marion | IL | 61550 |
| 166 | 133 | Joshua L. VanArsdall | 108 Red Oak | | Morton | IL | 61550 |
| 58.75 | 134 | Tiffany Bryant | 101 N. Williamsburg, Apt. A1 | | Bloomington | IL | 61704 |
| 72.28 | 136 | Absalon George Vangilisasi | 110 W. Lakeland Rd., Apt. 206 | | Morton | IL | 61550 |
| 88.58 | 139 | Keshia Love | 3035 Meidroth | | Peoria | IL | 61605 |
| 171.99 | 143 | Jonathan Paswater | 172 Centinnial Ct | | Lincoln | IL | 62656 |
| 572.4 | 144 | Ketura McGowan | 106 Vine Street | | Effingham | IL | 62401 |
| 83.13 | 154 | Andy Ryan | 13 Flora Way | | Normal | IL | 61761 |
| 138.35 | 178 | RODNEY EVANS | 4557 FLAD AVE APT 1W | | ST LOUIS | MO | 63110 |
| 106.41 | 179 | TAHISHA FLEMING | 936A LAUREL ST | | ST LOUIS | MO | 63104 |
| 163.28 | 181 | BRANDY TAYLOR | 7022 ROSLYN DR | | ST LOUIS | MO | 63136 |
| 242.21 | 185 | MONIQUE LYNCH | 2102 CHARLOTTE DR | | PEORIA | IL | 61604 |
| 134.24 | 188 | MICHELLE HEBERT | 1727 ANITA DRIVE | | CHAMPAIGN | IL | 618211422 |
| 848.72 | 191 | CHARLOTTE L. WEBER | 3001 W. SEIBOLD ST. | | PEORIA | IL | 616052775 |
| 53.15 | 193 | QUAZELLE E JONES | 4004 MAFFITT AVE | | ST LOUIS | MO | 63113 |
| 171.36 | 196 | DOMINIQUE LOTT | 207 S DURKIN #1 | | SPRINGFIELD | IL | 62704 |
| 191.34 | 199 | KEITH MATTOX | 3300 A. SHENANDOAH | | ST LOUIS | MO | 63104 |
| 169.23 | 201 | Marx Antonio Edmonds | 1501 N. Hershey Road Unit #3 | | Bloomington | IL | 617042472 |
| 93.98 | 203 | Scott B. Sauder Sr. | 203 Esser St. | | Washington | IL | 61571 |
| 172.21 | 210 | AMANDA WHITE | 9636 Cedar Glen Drive | Apt. A | ST LOUIS | MO | 63114 |
| 122.87 | 222 | TAMMY VAUGHAN | 1236 N OAKLANE #116 | | SPRINGFIELD | IL | 62707 |
| 155.87 | 227 | JOHN STOUT | 1236 N OAKLANE #116 | | SPRINGFIELD | IL | 62707 |
| 207.08 | 232 | TONY HALL | 10571 LOOKAWAY, APT. C | | ST LOUIS | MO | 63137 |
| 230.35 | 237 | MARTESE LONG | 5801 N LINDENWOOD APT 2803 | | PEORIA | IL | 61615 |
| 935.46 | 242 | DESIREE C NOEL | 10010 DOROTHY AVE | | ST LOUIS | MO | 63137 |
| 100.87 | 245 | RUTH KANU | 610 S 13TH ST | | SPRINGFIELD | IL | 62703 |
| 631.08 | 246 | David A. Cellars | 321 N. Wesley | | Springfield | IL | 62702 |
| 52.79 | 247 | Justin D. Huston | 321 N. Wesley | | Springfield | IL | 62702 |
| 433.38 | 252 | Derico Reed | 708 E Jefferson, Unit 3 | | Bloomington | IL | 61701 |
| 327.97 | 255 | CHANETTE YOUNG | 3632 TAYLOR | | ST LOUIS | MO | 63115 |

Exhibit A

1

| Amount | # | Name | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 93.98 | 256 | CRYSTAL WALLS | 1016 N MAPLE ST APT D | | PRINCETON | IL | 61356 |
| 30.68 | 258 | JACOB JOHNSON | 405 N GREENFIELD ST | | TREMONT | IL | 61568 |
| 207.28 | 261 | MARVIN GARCIA CONLEY JR | 6920 GREEN DAY AVE | | ST LOUIS | MO | 63121 |
| 170.83 | 264 | Jason Mead | 320 N. West Street | | Tremont | IL | 61568 |
| 96.44 | 270 | CRAIG SIMMONS | 4221 ELLENWOOD, APT. 203 | | ST LOUIS | MO | 63116 |
| 98.79 | 274 | KEDRON L. MURPHY | 2402 W LINCOLN AVE | | PEORIA | IL | 616051525 |
| 172.21 | 275 | Keesha M Lewis | 3405 Rex | | St Louis | MO | 63114 |
| 406.16 | 277 | KELSEY L. YOUNG | 400 MAGNOLIA DR | | SPRINGFIELD | IL | 62702 |
| 228.22 | 278 | JAMES HESTERMAN | 106 WATER OAK DR | | MORTON | IL | 61550 |
| 531.51 | 281 | Odell Davis | 8862 Dragon Wyck Drive | | Saint Louis | MO | 63121 |
| 42.52 | 282 | Matthew Doering | 30 Foster Lane | | Wentzville | MO | 63385 |
| 850.42 | 285 | Brenda Kelley | 2222 N. Ellis | | Peoria | IL | 61604 |
| 200.91 | 287 | ALECIA M RILEY | 2601 W. MEIDROTH STREET | APT. 218 | PEORIA | IL | 616055911 |
| 144.57 | 291 | RENEE BOYD | 1715 ANNIE MALONE | | ST LOUIS | MO | 63113 |
| 425.21 | 294 | Brian M. Giesegh | 2271 Rockwood Dr. | | Shiloh | IL | 62221 |
| 580.41 | 297 | LAQUINTA NEWBY | PO BOX 24 | | EAST ST LOUIS | IL | 62202 |
| 371.74 | 301 | MICHAEL J. DAHL | 3365 N BRETT | | DECATUR | IL | 62526 |
| 39.12 | 302 | RHONDA LARIMORE | 745 MENDOCINA CT | APT 3 | FLORISSANT | MO | 630316037 |
| 85.04 | 314 | KYLE B. WILLIAMS | 4551 A STONEY POINT COURT | | SCOTT AFB | IL | 62225 |
| 114.42 | 320 | RiAna K. Self | 16 N 45th St Apt 13 | | Belleville | IL | 62226 |
| 193.47 | 329 | Dorothy L. Turner | 328 W. Mason | | Springfield | IL | 62702 |
| 191.34 | 330 | ANGELLEQUE A. HARRIS | 1428 S 11TH | | SPRINGFIELD | IL | 62703 |
| 184.54 | 339 | Tammy Deal | 111 Glendale Apt. B | | Manito | IL | 61546 |
| 335.91 | 345 | Bonnie E Bryant | 6852 Plymouth | | St Louis | MO | 63130 |
| 291.57 | 349 | RONDA SPONSLER | 406 W Camp St, Lot 13 | | EAST PEORIA | IL | 61611 |
| 134.72 | 354 | ASHLEY SNIDER | 50 HIGHLEY CT | APT 15 | BONNE TERRE | MO | 636289578 |
| 195.6 | 355 | LYNTRICE D. LEWIS | 5308 KIRKLAND DR | | ST LOUIS | MO | 63121 |
| 241.94 | 356 | JACQULINE T. NORMAN | 10109 CROWN POINT DRIVE | | ST. LOUIS | MO | 631364216 |
| 295.17 | 358 | ROBERT P. PARKER | 260 EATON ST | APT 45 | PEORIA | IL | 616034273 |
| 247.47 | 359 | DIANNE PATRICA JONES | 118 1/2 JACKSON ST. | | CHARLESTON | IL | 61920 |
| 148.82 | 362 | MICHAEL A BAKER | 178 ROY | | LANSING | IL | 60438 |
| 387.02 | 367 | Courtney Rochelle Johnston | 1306 Hwy M | | Barnhart | MO | 63012 |
| 42.52 | 369 | DEREK ALEXANDER | 1012 MOULTRIE | | MATTOON | IL | 61938 |
| 255.12 | 374 | NATALIE M. NAILOR | 3219 MINNESOTA AVE | | SAINT LOUIS | MO | 631182904 |
| 310.95 | 376 | SALVATORIE D. BRADLEY | 1021 HIDDEN VALLEY DR #B | | WENTZVILLE | MO | 63385 |
| 212.6 | 378 | NICHOLAS R. SMITH | 4009 SUN LAKE DR | | ST CHARLES | MO | 63301 |

8,559.22

2

4,004.62

| Amount | ID | Name | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 232.16 | 381 | Cierra Dorris | 507 Crystal Lake Dr. #1 | | Urbana | IL | 61802 |
| 406.5 | 383 | Ada M. Wyatt | 201 Roderick Dr. | | St. Louis | MO | 63137 |
| 67.3 | 392 | ABNEY, CAROL | 3436 COLLEGE RD | | FARMINGTON | MO | 63640 |
| 56.15 | 394 | AGOAIN II, KYLE | 11821 MCKELVEY GARDENS DR | APT 2 | MARYLAND HEIGHTS | MO | 63043 |
| 48.32 | 398 | ALLHANDS, SHANNA | 1310 JOANNE LANE | | CHAMPAIGN | IL | 61821 |
| 119.99 | 401 | ANTRIM, ERIK | 811 VENTURA RD | | CHAMPAIGN | IL | 61820 |
| 150 | 403 | AVALOS, BRENDA | 146 CLARKSON RD | | ELLISVILLE | MO | 63011 |
| 67.82 | 405 | BAKER, MICHAEL | 802 W PARK PLAZA | | MATTOON | IL | 61938 |
| 101.4 | 406 | BALL, CARLA | 1350 MEADOWS AVE | | EAST PEORIA | IL | 61611 |
| 50.3 | 408 | BARNETT, DAMON | 4450 W BELLE PL | | SAINT LOUIS | MO | 63108 |
| 156.83 | 410 | BASKINS, TANYA | 9504 MADELAINE MANOR WALK | | SAINT LOUIS | MO | 63134 |
| 72.89 | 411 | BATES, RACHEL | 222 SUNSHINE ST | | IRONTON | MO | 63650 |
| 72.39 | 414 | BAUMAN, MELINDA | 748 E KAY ST | | MORTON | IL | 61550 |
| 13.14 | 417 | BETTERIOGE, ARLENE | 2917 N MISSION | | PEORIA | IL | 61604 |
| 56.97 | 418 | BIVENS, JEFFREY | 603 E JEFFERSON | APT 1 | BLOOMINGTON | IL | 61701 |
| 99.81 | 421 | BOHANNON, EMMA | 205 S OHIO ST | | TOLEDO | IL | 62468 |
| 205.74 | 422 | BRAGG, AMANDA | 2111 W WHITE | | CHAMPAIGN | IL | 61820 |
| 31.95 | 425 | BRASHER, APRIL | 610 GLOVER ST | | URBANA | IL | 61801 |
| 64.73 | 427 | BRITZ, CHRISTINA | 1525 MORTON CT | #8 | SPRINGFIELD | IL | 62702 |
| 154.32 | 428 | BRONER, WILLIE | 910 N BENTON AVE | | SAINT CHARLES | MO | 63301 |
| 24.77 | 429 | BROOKINS, ANDRE | 5318 HAMILTON | | SAINT LOUIS | MO | 63136 |
| 236.39 | 430 | BROWN, ANGELA | 2413 BREEZY POINT | | O FALLON | MO | 63366 |
| 175.78 | 431 | BROWN, JERROD | 10532 MURAT DR | | SAINT LOUIS | MO | 63136 |
| 137.47 | 432 | BRYANT, GABRIELLE | 147 APPLE RD | APT 301 | MARYLAND HEIGHTS | MO | 63043 |
| 142.71 | 433 | BURR, NOVELLA | 3719 FAIR | | SAINT LOUIS | MO | 63115 |
| 94.29 | 434 | BUTLER, INDIA | 1 BRUCE DR | | FLORISSANT | MO | 63031 |
| 56.61 | 437 | BONSEE, CHRIS | 168 CHERRY HILLS MEADOW | APT 1 | GROVER | MO | 63040 |
| 108.4 | 443 | CARR, DELISA | 352 W REYNOLDS | | SPRINGFIELD | MO | 62702 |
| 69.43 | 444 | CARTER, ADAM | 1516 HEDGE RD | | CHAMPAIGN | IL | 61821 |
| 106.29 | 445 | CARTER, CORY | 3007 W SEIBOLD | | PEORIA | IL | 61605 |
| 71.45 | 446 | CARTWRIGHT, TYRONE | 4165 W FLORISSANT | | SAINT LOUIS | MO | 63115 |
| 70.76 | 447 | CHILDERS, JOSH | 1619 N 30TH | | SPRINGFIELD | IL | 62701 |
| 33.28 | 448 | CHITWOOD, IAN | 285 A GREENYARD DR | | BALLWIN | MO | 63011 |
| 150.71 | 451 | CLARK, GARY | 218 W MAIN ST | | WENTZVILLE | MO | 63385 |
| 107.6 | 455 | COLE, JESSICA | 2 ZACHARY CT | | GIRARD | IL | 62640 |
| 189.97 | 456 | COLE, KAYLA | 2 ZACHARY CT | | GIRAD | IL | 62640 |

5

3,635.86

| Amount | # | Name | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 93.39 | 457 | COLEMAN, CHARLES | 548 W ELM | | CHARLESTON | IL | 61920 |
| 132.11 | 458 | COLLINS, BRADLEY | 310 SAUGET AVE | | CAHOKIA | IL | 62206 |
| 105.93 | 462 | CONLAN, KIMBERLY | 255 S DURKIN DR | | SPRINGFIELD | IL | 62704 |
| 15.87 | 463 | CONNERS, JEREMY | 4557 WHISPER LAKE | | FLORISSANT | MO | 63033 |
| 104.56 | 464 | COOK, JUSTIN | 4248 HARRIS | | SAINT LOUIS | MO | 63115 |
| 50.83 | 465 | CORNELIUS, VERONICA | 2852 STANTON | | SPRINGFIELD | IL | 62703 |
| 26.58 | 468 | COUTOUISE, HAILEY | 129 COOPER ST | #7 | EAST ALTON | IL | 62024 |
| 29.29 | 469 | COX, AMANDA | 701 PERRY | | PEORIA | IL | 61603 |
| 130.16 | 470 | CRAFT, ELIZABETH | 1007 MEADOW AVE | | EAST PEORIA | IL | 61611 |
| 94.87 | 471 | CRANE, TRAVIS | 1003 W JACKSON | | BLOOMINGTON | IL | 61701 |
| 87.5 | 473 | CRUMP, CARLOS | 3150 SABRINA LANE | | FLORISSANT | MO | 63031 |
| 68.36 | 474 | CUNNINGHAM, ANTHONY | 314 A ALLIN ST | APT B | BLOOMINGTON | IL | 61701 |
| 182.24 | 475 | CUPP, BRIAN | 717 N 7TH ST | | SPRINGFIELD | IL | 62702 |
| 111.33 | 478 | DAVIS, KEITH | 6400 OLIVE BLVD | APT G | UNIVERSITY CITY | MO | 63130 |
| 58.11 | 479 | DAVIS, TIFFANEY | 710 W ORLANDO | #8F | NORMAL | IL | 61761 |
| 108.24 | 482 | DEPRIEST, PATRICIA | 551 N OAKLAND AVE | | DECATUR | IL | 62522 |
| 107.68 | 484 | DIAZ, JULIA | 315 FOREST PARKWAY | APT 10 | BALLWIN | MO | 63011 |
| 155.85 | 490 | DIXON, DELMAR | 11004 SUGAR PINES CT | | FLORISSANT | MO | 63033 |
| 42.52 | 491 | DURHAM, JEREMIAH | 2229 S 11TH ST | | SPRINGFIELD | IL | 62703 |
| 106 | 492 | EASLEY, AMANDA | 1909 TRAIL OF SUNBROOK | | SAINT CHARLES | MO | 63301 |
| 90.77 | 495 | EMERY, HIRON | 1530 HEDGE RD | | CHAMPAGNE | IL | 61824 |
| 46.05 | 497 | ERLEY, ANDREA | 61 GETTYSBURG DR | LOT 41 | SPRINGFIELD | IL | 62702 |
| 84.15 | 498 | FEB, KEVIN | 3914 ROCKY MOUND DR | | WENTZVILLE | MO | 63385 |
| 321.26 | 503 | FORESHEE, CHRYSTAL | 2537 GRAND AVE | | GRANITE CITY | IL | 62040 |
| 240.89 | 504 | FOUNTAIN, BIANCA | 9105 TORCHLITE | APT D | SAINT LOUIS | MO | 63121 |
| 111.13 | 505 | FRASURE, MEGAN | 811 VENTURA RD | | CHAMPAIGN | IL | 61820 |
| 8.78 | 506 | FREEMAN, AUDREY | 2339 S 10TH ST | APT 2 | SPRINGFIELD | IL | 62703 |
| 21.51 | 507 | FREEMAN, ONTERIOUS | 829 W THRUSH AVE | | PEORIA | IL | 61604 |
| 96.7 | 511 | GAFFORD, JEFFREY | 607 SHERMAN ST | | BELLEVILLE | IL | 62221 |
| 109.74 | 513 | GAYTON, RENOLDO | 352 W REYNOLDS | | SPRINGFIELD | IL | 62702 |
| 35.24 | 514 | GIVAN, BERTRAM | 1716 W OLIVE | | BLOOMINGTON | IL | 61701 |
| 72.55 | 515 | GOELLER, STEPHANIE | 50 HIGHLEY CT | APT 14 | BONNE TERRE | MO | 63628 |
| 72.81 | 517 | GONZALEZ, LUCIO | 1627 BOONES LICK RD | | SAINT CHARLES | MO | 63301 |
| 144.15 | 520 | GREEN, ALISA | 11338 BONNANZA DR | APT 4 | MARYLAND HEIGHTS | MO | 63043 |
| 207.28 | 522 | GREENE, LATOYA | 22 FOSTER LN | | WENTZVILLE | MO | 63385 |
| 84.87 | 523 | GRIFFIN, JADE | 224 S JACKSON ST | | BELLEVILLE | IL | 62220 |
| 76.56 | 524 | GRIFFIN, STEVIE | 904 N LEE ST | | BLOOMINGTON | IL | 61701 |

| Amount | # | Name | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 127.39 | 527 | GUTIERREZ, SARA | 163 PINECREST CT | | BALLWIN | MO | 63021 |
| 61.86 | 528 | HADLEY, DANTE | 1121 N MC ARTHUR | | SPRINGFIELD | IL | 62702 |
| 55.75 | 532 | HANKINS, RODERICK | 2003 W ELLIS | | PEORIA | IL | 61604 |
| 58.54 | 533 | HARGRAVES, AARON | 144 DUBLIN | | FESTUS | MO | 63028 |
| 98.22 | 534 | HARRIS, DARIAN | 2180 14TH ST | | SPRINGFIELD | IL | 62703 |
| 99.57 | 535 | HARTER, CHRISTIAN | 118 WABASH AVE | | WICHITA | KS | 67220 |
| 130.84 | 539 | HENDERSON, LOVE | 1463 KINGSLAND AVE | | SAINT LOUIS | MO | 63133 |
| 105.93 | 540 | HENDERSON, TERANCE | 4140 WASHINGTON AVE APT 318 | | SAINT LOUIS | MO | 63108 |
| 71.19 | 544 | HIGGINS, KIMBERLY | 200 OKLAHOMA AVE | | MATTOON | IL | 61938 |
| 124.06 | 545 | HILL, MICHAEL | 2216 W WASHINGTON | APT A | BELLEVILLE | IL | 62226 |
| 90.94 | 547 | HILL, TAMIKA | 10405 PRINCE | | SAINT LOUIS | MO | 63136 |
| 62.36 | 549 | HIRON, EMERY | 1530 HEDGE RD | | CHAMPAIGN | IL | 61821 |
| 25.42 | 550 | HITT, CRYSTAL | 1343 GREGAN ST | | SAINT LOUIS | MO | 63133 |
| 76.78 | 552 | HOGGARD, LETICIA | 1503 KILER DR | | CHAMPAIGN | IL | 61820 |
| 52.38 | 554 | HOLMES, JACQUELINE | 10022 GILREATH | | SAINT LOUIS | MO | 63136 |
| 27.88 | 555 | HOLMES, LATRICE | 1730 S FAIRVIEW | | DECATUR | IL | 62526 |
| 125.69 | 556 | HOPKINS, DWAYNE | 306 KENWOOD | | FARMINGTON | MO | 63640 |
| 52.99 | 557 | HOWARD, LAQUITA | 286 POPULAR ST | #202 | SPRINGFIELD | IL | 62703 |
| 150.3 | 558 | HOWARD, MAHRIJA | 352 CHEZ PAREE DR | | HAZELWOOD | MO | 63042 |
| 143.81 | 560 | HUNT, AMBER | 732 GROVELAND | | CREVE COEUR | MO | 61610 |
| 125.54 | 561 | HUNTLEY, DEMERTI | 9615 MIDLAND BLVD | | SAINT LOUIS | MO | 63114 |
| 32.53 | 562 | HURST, STEPHEN | 1567 ERICA RENEE CT | APT 1 | BELLEVILLE | IL | 62220 |
| 138.57 | 565 | HURTADO, EVANGELINA | 1207 PINYON DR | | MANCHESTER | MO | 63021 |
| 89.08 | 566 | HUTTON, DONNA | 4907 HALLOWS AVE | APT 106 | WASHINGTON PARK | IL | 62204 |
| 120.42 | 567 | JACKSON, KEVIN | 4523 LEXINGTON AVE | | SAINT LOUIS | MO | 63115 |
| 79.01 | 568 | JIMENEZ, DAMIAN | 420 PRSPECT CREEK | APT A | MANCHESTER | MO | 63021 |
| 120.39 | 573 | JONES, AMBER | 2470 MADISON | 518 | IRONTON | MO | 63650 |
| 100.94 | 576 | JONES, THEODORE | 1806 DIANA AVE | | CHAMPAIGN | IL | 61821 |
| 9.07 | 581 | KENDREX, JESSICA | 1411 E RIVERSIDE AVE | | DECATUR | IL | 62521 |
| 78.18 | 582 | KENNARD, RONALD | 5145 PALM ST | | SAINT LOUIS | MO | 63115 |
| 96.46 | 583 | KENNEDY, GERALDINE | 5443 N KINGSHIGHWAY BLVD | | SAINT LOUIS | MO | 63115 |
| 86.37 | 585 | KERSH, CRYSTAL | 3 RAINBOW VIEW CT | | URBANA | IL | 61802 |
| 102.04 | 588 | KNUTT, MICHAEL | 1052 S MAFFIT | | DECATUR | IL | 62521 |
| 65.92 | 590 | LANG, KIMBERLY | 227 ENCHANTED PKY | | MANCHESTER | MO | 63021 |
| 386.94 | 593 | LAUR, COURTNEY | 53 LEON HALL PKWY | | HILLSBORO | MO | 63050 |
| 78.84 | 594 | LAWRENCE JR, ANDRE | 5755 S PRINCETON | | CHICAGO | IL | 60621 |
| 39.89 | 596 | LEE, ALEXANDRIA | 3737 MELBA | | SAINT LOUIS | MO | 63121 |

3,492.09

| Amount | # | Name | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 106.03 | 597 | LEWIS, KIESHA | 9701 CEDAR GLEN DR | APT C | SAINT LOUIS | MO | 63114 |
| 13.06 | 598 | LITTLE, SAMUEL | 107 VICAR DR | | RIVERTON | IL | 62561 |
| 110.63 | 599 | LOPEZ, CESAR | 126 OLD BALLWIN RD | | BALLWIN | MO | 63021 |
| 107.23 | 600 | LOVELL, DAVID | 20 SNAPDRAGON LN | | BLOOMINGTON | IL | 61701 |
| 103.14 | 603 | MANCINI, SHEENA | PO BOX 222 | | WRIGHT CITY | MO | 63390 |
| 173 | 604 | MANRIQEZ, ARTURO | 126 OLD BALLWIN RD | | BALLWIN | MO | 63021 |
| 122.08 | 605 | MANRIQUEZ, EUGENIO | 315 FOREST PKWY | APT 104 | BALLWIN | MO | 63021 |
| 112.8 | 608 | MARROQUIN, LIONEL | 1907 TRACY DR | | BLOOMINGTON | IL | 61704 |
| 133.3 | 609 | MARTIN, LAYEL | 5 BRANDON DRIVE | APT 2 | SPRINGFIELD | IL | 62703 |
| 15.51 | 610 | MARTINES, JESUS | 1426 TELEMARK | | MANCHESTER | MO | 63021 |
| 359.83 | 612 | MASON, KENDALL | 116 MESA RD | APT 1 | SPRINGFIELD | IL | 62702 |
| 13.81 | 614 | MATHES, CHRISTOPHER | 207 E WASHINGTON UPPR LVL | #B | EAST PEORIA | IL | 61611 |
| 25.55 | 615 | MATTHEWS, PATRICIA | 902 W GOVERNOR | | SPRINGFIELD | IL | 62704 |
| 43.24 | 616 | MCCLAIN, AMANDA | 403 N 15TH ST | | MATTOON | IL | 61938 |
| 104.23 | 617 | MCCLAIN, DEXTER | 8969 PROVO LANE | #403 | SAINT LOUIS | MO | 63123 |
| 17.09 | 618 | MCCLAIN, LUKISHA | 1205 S LIVINGSTON ST | APT A | SPRINGFIELD | IL | 62703 |
| 166.36 | 623 | MCKENZIE, DARYL | 10848 SPRING GARDEN DR | | SAINT LOUIS | MO | 63137 |
| 116.21 | 625 | MCNEAL, SHRONDRA | 1012 N SCHOOL | #11 | NORMAL | IL | 61761 |
| 222.69 | 626 | MEDINA, ROSA | 300 ENCHANTED PKWY | | MANCHESTER | MO | 63021 |
| 114.07 | 627 | MERCURIO, KACI | 2335 NORTH POINTE LANE | | FLORISSANT | MO | 63031 |
| 129.53 | 628 | MERRILL, KEITH | 5181 HWY N | | SAINT CHARLES | MO | 63304 |
| 133.12 | 629 | MERRITT, TERENCE | 115 W JACKSON AVE | | CHARLESTON | IL | 61920 |
| 199.52 | 632 | MILLER, ANDRE | 1303 HILL STREET | | URBANA | IL | 61801 |
| 99.2 | 634 | MOON, JESSICA | 2715 MACARTHUR BLVD | APT | SPRINGFIELD | IL | 62704 |
| 77.14 | 635 | MOORE, JAMES | 5082 CABANNE | | SAINT LOUIS | MO | 63113 |
| 2.71 | 636 | MOORE, LORENZO | 2639 SHERWOOD | | SPRINGFIELD | IL | 62703 |
| 85.35 | 637 | MOORE, TWILIA | 1108 DORSEY DR | APT 8 | CHAMPAIGN | IL | 61821 |
| 92.18 | 639 | MORGAN, CASSIE | 30 C ST | | CHARLESTON | IL | 61920 |
| 25.34 | 644 | MOZEE, VANESSA | 35 JAMESTOWN | | SAINT PETERS | MO | 63376 |
| 161.78 | 650 | O O'LAUGHLIN, JON | 405 1/2 DOUGLAS ST | APT 4 | BLOOMINGTON | IL | 61701 |
| 403.94 | 652 | PARRES, JENNIFER | 389 CORISANDE HILL RD | | FENTON | MO | 63026 |
| 174.77 | 653 | PATE, JAMES | 211 OVERTON | APT | FARMINGTON | MO | 63640 |
| 151.39 | 655 | PATTON, MILDRED | 1 HORSESHOE RDG | | WRIGHT CITY | MO | 63390 |
| 130.74 | 660 | PERRY, YKINA | 1047 W LEAFLAND | | DECATUR | IL | 62522 |
| 116.49 | 661 | PERRYMAN, ZACHARY | 909 S LIERMAN AVE | APT A3 | URBANA | IL | 61802 |
| 22.29 | 664 | PHILLIPS, GABRIELLE | 1425 S 14TH ST | | SPRINGFIELD | IL | 62703 |
| 32.09 | 665 | PHILLIPS, MARK | 1570 HUNT DR | | NORMAL | IL | 61761 |

4,217.44

6

| Amount | # | Name | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 392.5 | 668 | PRENTICE, AARON | 107 B EAST CONOVER AVE | | EUREKA | IL | 61530 |
| 169.87 | 675 | RAMIREZ, MARCOS | 1627 BOONES LICK RD | | SAINT CHARLES | MO | 63301 |
| 26.28 | 677 | RAYFORD, EBONY | 4707 PLOVER | | SAINT LOUIS | MO | 63120 |
| 47.96 | 679 | REBOLLO, FELIPE | 1817 A ST | | NORMAL | IL | 61761 |
| 173.16 | 680 | REDMON, SER | 1719 E LAWRENCE | | SPRINGFIELD | IL | 62703 |
| 132.79 | 681 | REED, CALVIN | 1311 S GRAND AVE E | | SPRINGFIELD | IL | 62703 |
| 58.46 | 683 | REED, TARA | 224 S PAUL ST | | SPRINGFIELD | IL | 62703 |
| 85.69 | 684 | REESE, CHARLES | 1212 MESA VERDE DR | | BALLWIN | MO | 63021 |
| 108.94 | 687 | RENO, ASHLEY | 1909 TRAIL OF SUNBROOK | | SAINT CHARLES | MO | 63301 |
| 139.91 | 688 | RENWICK, JOLOMI | 4531 MCPHERSON | | SAINT LOUIS | MO | 63108 |
| 130.47 | 689 | REYES, VERONICA | 315 FOREST PKWY | APT 201 | BALLWIN | MO | 63021 |
| 45.39 | 690 | RIGGS, DANIEL | HC1 BOX 30 | APT 104 | MIDDLE BROOK | MO | 63656 |
| 107.4 | 692 | RIVERO, DANIEL | 904 N MEADOW | | NORMAL | IL | 61761 |
| 105.2 | 696 | ROBINSON, ALETHA | 412 CRAWFORD | | SAINT LOUIS | MO | 63137 |
| 51.02 | 697 | ROBINSON, JEANELL | 412 CRAWFORD | APT 4 | SAINT LOUIS | MO | 63137 |
| 11.1 | 698 | ROBINSON, ROOSEVELT | 101 FRONT STREET | | TROY | MO | 63379 |
| 20.74 | 699 | ROBINSON, SHARONDA | 3115 MIAMI | | SAINT LOUIS | MO | 63118 |
| 49.67 | 700 | ROGER, CIARRA | 1130 LAKESHORE DR | APT A | FLORISSANT | MO | 63033 |
| 82.31 | 705 | RUIZ, MARIA | 6325 AIDE RD | | SAINT ANN | MO | 63074 |
| 411.24 | 706 | SABLOTNY, TERRI | 3121 S 5TH ST | | SPRINGFIELD | IL | 62703 |
| 60.74 | 707 | SADDLER, MARSHA | 1401 SAINT LOUIS AVE | | EAST SAINT LOUIS | IL | 62201 |
| 143.69 | 708 | SALAGADO, OTONIEL | 1943 NORTHFIELD DR | APT A | OVERLAND | MO | 63114 |
| 77.91 | 709 | SAMELTON, KELWIN | 4016 SHOW BLVD | | SAINT LOUIS | MO | 63110 |
| 146.96 | 710 | SAMS, JENISE | 303 OAKLAND AVE | | BLOOMINGTON | IL | 61701 |
| 15.8 | 713 | SCOTT, ASHLEY | 6 EDWARD DR | #6 | BELLEVILLE | IL | 62226 |
| 40.08 | 714 | SCOTT, TRAVIS | 1324 ACADEMY | | SAINT LOUIS | MO | 63113 |
| 154.39 | 715 | SEARS, JESSE | 140 WOODROW | APT#A | EAST PEORIA | IL | 61611 |
| 129.1 | 716 | SHAWL, HEATHER | 530 REYNOLDS DR | | CHARLESTON | IL | 61920 |
| 79.97 | 717 | SHIPMAN, JOHN | 601 WALLACE RD | APT 11B | FARMINGTON | MO | 63640 |
| 46.42 | 721 | SIMMON, KEVIN | 8812 JO CT | | BERKELEY | MO | 63134 |
| 229.98 | 725 | SKINNER, JAMES | 530 REYNOLDS DR | | CHARLESTON | IL | 61920 |
| 56.05 | 726 | SMELSER, LEANNA | 1412 25TH ST | | GRANITE CITY | IL | 62040 |
| 334.13 | 727 | SMITH, CHRISTOPHER | 2111 W WHITE ST | APT 210 | CHAMPAIGN | IL | 61821 |
| 87.43 | 729 | SMITH, KENDRA | 1332 W CARPETER | | SPRINGFIELD | IL | 62702 |
| 103.9 | 730 | SMITH, NATASHA | 13 SHADOWY DR APT A | | EAST PEORIA | IL | 61611 |
| 109.1 | 731 | SMITH, TINA | 1501 18TH STREET | APT 5 | MATTOON | IL | 61938 |
| 124.72 | 733 | SPIRES, STACY | 310 SAUGET | | CAHOKIA | IL | 62206 |

4,290.47

7

| Amount | # | Name | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 395.44 | 734 | SPRINGMAN, CHRISTINA | 19 S 2ND ST APT 6 | | WOOD RIVER | IL | 62095 |
| 113.67 | 735 | STARWOOD, DEMARCO | 352 CHAZ PAREE | | FLORISANT | MO | 63031 |
| 110.82 | 736 | STATEN, CARLO | 573 S JACKSON ST | | BELLEVILLE | IL | 62220 |
| 68.04 | 737 | STAWARZ, DAVID | 3450 GAINES MILL | APT 13 | SPRINGFIELD | IL | 62704 |
| 33.32 | 738 | STELLING, PAUL | 10922 CEDARBERRY PL | | SAINT LOUIS | MO | 63123 |
| 73.37 | 741 | STEWART, MOLLY | 303 OAKLAND AVE | | BLOOMINGTON | IL | 61701 |
| 35.45 | 746 | STROUD, SARA | 214 W BOWER | | OREANA | IL | 62554 |
| 80.51 | 748 | SULLIVAN, ROBERT | 212 N JACKSON | APT 3 | BELLEVILLE | IL | 62220 |
| 69.47 | 749 | SULLIVAN, SANATRA | 1908 E CEDAR ST | | SPRINGFIELD | IL | 62703 |
| 981.25 | 750 | SULLIVAN, SUZANNE | 862 WOODCOVE CT | | CHESTERFIELD | MO | 63017 |
| 31.66 | 751 | SUMNER, CHRISTINE | 130 E SHEEN AVE | | EAST PEORIA | IL | 61611 |
| 156 | 753 | TABAKOVIC, AIDA | 6709 COLONY ACRES DR | APT D | SAINT LOUIS | MO | 63123 |
| 159.49 | 754 | TAPIA, CONSUELO | 400 ENCHANTED PKWY | APT 202 | MANCHESTER | MO | 63021 |
| 16.47 | 755 | TARASYUK, LYUDMILA | 1955 PRESIDENT ST | APT A | SAINT LOUIS | MO | 63118 |
| 79.34 | 757 | TAYLOR, ERIC | 326 S MCARTHOR | | PEORIA | IL | 61605 |
| 108.06 | 758 | TAYLOR, SHAWN | 1636 CULLOM DR | | SAINT CHARLES | MO | 63301 |
| 108.87 | 760 | TERRELL, CANDACE | 1807 MEADOW AVE | UPPR APT | EAST PEORIA | IL | 61611 |
| 9.26 | 763 | THOMAS, GARRETT | 2218 RAINBOW AVE | | BLOOMINGTON | IL | 61704 |
| 86.47 | 764 | THOMAS, JARRETT | 2218 RAINBOW AVE | | BLOOMINGTON | IL | 61704 |
| 125.02 | 767 | THOMPSON, CEDRICK | 1306 SMITH | | PEORIA | IL | 61605 |
| 65.48 | 769 | THOMPSON, KEYSHONDA | 1125 HELLY | | SAINT LOUIS | MO | 63133 |
| 51.04 | 770 | THOMPSON, LORI | 716 SOUTH 1ST ST | #2 | BELLEVILLE | IL | 62220 |
| 53.53 | 773 | THORNELL, NICHOLAS | 945 W WILLIAMS | | DECATUR | IL | 62526 |
| 19.71 | 774 | TOLES, SHANTAY | 4200 EDGEWOOD | | SAINT LOUIS | MO | 63121 |
| 136.36 | 775 | TOLLIVER, BRITTANY | 310 KREI BLVD | | FARMINGTON | MO | 63640 |
| 64.05 | 777 | TOURNEAR, MELVIN | 690 E CLEVENLAND | | DECATUR | IL | 62521 |
| 106.25 | 778 | TREADWAY, JEANNIE | 5318 ST LOUIS AVE | | SAINT LOUIS | MO | 63120 |
| 47.19 | 780 | TRUEBLOOD, JANET | 407 W MARKET | #6 | BLOOMINGTON | IL | 61701 |
| 70.84 | 783 | TURLEY, JOSHUA | 1490 VALLEY VIEW CIR | APT B | WENTZVILLE | MO | 63385 |
| 141.31 | 785 | TURNER, MELINDA | 1501 VALLEY VIEW CIR | APT A | WENTZVILLE | MO | 63385 |
| 42.98 | 789 | VERCHIO, SHAYNA | 17 REDWOOD DR | | BELLEVILLE | IL | 62221 |
| 141.9 | 790 | VIDAL, NOELIA | 814 LOYOLA DR | | FLORISSANT | MO | 63033 |
| 36.07 | 791 | VINSON, JOEL | 1701 VETERAN MEMORIAL PK | | SAINT CHARLES | MO | 63303 |
| 131.72 | 792 | VIRGINIA, VERNITA | 9511 CORREGIDOR DR | | SAINT LOUIS | MO | 63134 |
| 94.56 | 796 | WADE, RYAN | 8970 PARKSIDE LANE | | ALTON | IL | 62002 |
| 129.39 | 798 | WALLACE, JEANETTA | 4049 W PINE BLVD | APT 301 | SAINT LOUIS | MO | 63108 |
| 196.92 | 799 | WAMPLER, HAROLD | 200 S 11TH ST | | SPRINGFIELD | IL | 62703 |

4,371.28


8

| Amount | # | Name | Address | Addr2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 11.39 | 802 | WASHINGTON, RACHEL | 1848 N 43RD ST | | EAST SAINT LOUIS | IL | 62204 |
| 155.41 | 804 | WATERFORD, MORREL | 1340 COPPERGATE LN | | SAINT LOUIS | MO | 63138 |
| 25.03 | 806 | WATSON, LANA | 2024 BELLA CLAIRE DR | | SAINT LOUIS | MO | 63136 |
| 119.89 | 808 | WEAVER, ROBERT | 5938 CHICKEN BRISTLE RD | | ROCHESTER | IL | 62563 |
| 27.43 | 809 | WEAVER, SHERESE | 3656 PAGE AVE | | SAINT LOUIS | MO | 63113 |
| 304.06 | 810 | WEBER, CHARLOTTE | 3001 W SEIBOLD ST | | PEORIA | IL | 61606 |
| 135.04 | 811 | WELCH, MAURICE | 723 MAPLE ST | | FARMINGTON | MO | 63640 |
| 87.38 | 812 | WEST, RENEE | 5 BRANDON DRIVE | | SPRINGFIELD | IL | 62703 |
| 9.46 | 814 | WHETSTONE, ELIJAH | 414 ROSEDALE TERR | | BALLWIN | MO | 63021 |
| 79.89 | 819 | WHITE, IRENE | 4778 CUPPLES | | SAINT LOUIS | MO | 63114 |
| 21.89 | 820 | WHITE, LAWRENCE | 11554 DARLINGSTON | | SPANISH LAKE | MO | 63138 |
| 83.96 | 823 | WHITE, VALERIE | 224 S PAUL ST | | SPRINGFIELD | IL | 62703 |
| 475.5 | 824 | WHITED, CRYSTAL | 109 HAZEL ST | | NORTH PEKIN | IL | 61554 |
| 105.57 | 826 | WILLETT, MARK | 725 1/2 W WASHINGTON | | SPRINGFIELD | IL | 62704 |
| 97.07 | 828 | WILLIAMS, HENRY | 316 CENTER ST | | FARMINGTON | MO | 63640 |
| 92.96 | 834 | WILLIAMS, ROBYN | 450 NORTH SIXTH ST | APT A | EAST ST LOUIS | IL | 62201 |
| 245.35 | 835 | WILLIAMS, TANYA | 521 W ELM ST | LOT 183 | CHARLESTON | IL | 61920 |
| 152.29 | 836 | WILLIAMS, YOLANDA | 303 OAKLAND AVE | | BLOOMINGTON | IL | 61701 |
| 67.4 | 838 | WILSON, RICHARD | 3616 FALLING SPRINGS RD | | EAST SAINT LOUIS | IL | 62206 |
| 21.46 | 840 | WISELY, STACY | 4320 W CASTLETON RD | | PEORIA | IL | 61615 |
| 22.72 | 841 | WRIGHT, MONTEZ | 68 BRANDON DR | | SPRINGFIELD | IL | 62703 |
| 227.04 | 843 | WYATT, ZACHARY | 530 REYNOLDS DR | #26 | CHARLESTON | IL | 61920 |
| 151.19 | 844 | YANCEY, MAURICE | 2805 E CALIFORNIA | | URBANA | IL | 61802 |
| 123.98 | 849 | ZIMMERMAN BOYER, VICKI | 9 STEEPLECHASE DR | | SAINT PETERS | MO | 63376 |
| 63.66 | 850 | ZINK, DONALD | 3711 N CUNNINGHAM AVE | #B | URBANA | IL | 61802 |
| 83.82 | 851 | ZUNIGA, JUAN | 1426 TELEMARK | | MANCHESTER | MO | 63021 |
| 199.27 | 852 | ZUNIGA, MARTIN | 1426 TELEMARK WALK | | MANCHESTER | MO | 63021 |

3,190.11

9